

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 26, 2017**

_____
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: RITA ANN JASSO | § Case No. 16-31818-hdh13 (Chapter 13) |
| | § |
| OCWEN LOAN SERVICING, LLC as | § |
| mortgage servicer for THE BANK OF NEW | § HEARING DATE: 04/11/2017 |
| YORK MELLON TRUST COMPANY, | § |
| NATIONAL ASSOCIATION FKA THE | § TIME: 11:30 AM |
| BANK OF NEW YORK TRUST COMPANY, | § |
| N.A. AS SUCCESSOR TO JPMORGAN | § |
| CHASE BANK, AS TRUSTEE FOR | § JUDGE HARLIN D. HALE |
| RESIDENTIAL ASSET SECURITIES | § |
| CORPORATION, HOME EQUITY | § |
| MORTGAGE ASSET-BACKED PASS | § |
| THROUGH CERTIFICATES SERIES 2003- | § |
| KS2, its successors and/or assigns, Movant | § |

vs.

RITA ANN JASSO, DEBTOR and LINO
JASSO, Co-signer and THOMAS POWERS,
Trustee, Respondents

**DEFAULT ORDER GRANTING MOTION FOR RELIEF FROM STAY – CO-DEBTOR REGARDING 721 OWENSONS DRIVE, DALLAS, TX 75224 PURSUANT TO § 1301 FILED BY THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2003-KS2**

16-002953-670

On 02/27/2017, a Motion for Relief from Stay – Co-Debtor regarding 721 OWENSONS DRIVE, DALLAS, TX 75224 pursuant to 11 U.S.C. § 1301 (the Motion) was filed by THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2003-KS2 (hereinafter Movant) in the above referenced case.  The Court finds that the Motion was properly served pursuant to the Federal and Local Rules of Bankruptcy Procedure and that it contained the appropriate fourteen (14) - day negative notice language, pursuant to LBR 4001, which directed any party opposed to the granting of the relief sought by the Motion to file a written response within fourteen days or the Motion would be deemed by the Court to be unopposed.  The Court finds that no objection or written response to the Motion has been timely filed by any party.  Due to the failure of any party to file a timely written response, the allegations contained in the Motion stand unopposed and, therefore, the Court finds that good cause exists for the entry of the following order.

IT IS THEREFORE ORDERED that the Motion for Relief from Stay – Co-Debtor regarding 721 OWENSONS DRIVE, DALLAS, TX 75224 pursuant to 11 U.S.C. § 1301 filed by THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2003-KS2 is hereby GRANTED so as to authorize THE BANK OF NEW YORK MELLON TRUST COMPANY, NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE

BANK, AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS THROUGH CERTIFICATES SERIES 2003-KS2, its successors and assigns, to exercise any and all remedies available at law and under the applicable loan documents to repossess and/or foreclose its lien upon its lien upon said real property.  Further, Movant may contact the Debtor by telephone or written correspondence and, at it option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement regarding said real property, more specifically described below:

LOT 12, BLOCK D/4260 OF SUBDIVISION OF STRICKLAND ACRES ADDITION, AN ADDITION TO THE CITY OF DALLAS, DALLA COUNTY, TEXAS, ACCORDING TO THE PLAT THEREOF RECORDED IN VOLUME 17, PAGE 335, MAP RECORDS, DALLAS COUNTY, TEXAS.

      IT IS FURTHER ORDERED that, since the Motion was unopposed by any party, the fourteen (14)-day stay period otherwise imposed by Fed. R. Bankr. P. 4001(3) shall not be applicable to this Order.

      IT IS FURTHER ORDERED that Creditor is exempt from further compliance with Fed. Bankr. Rule P. 3002.1.

      #### END OF ORDER ####

16-002953-670

Approved As to Form and Substance:

*/s/ Stephen Wu*
_____
Stephen Wu
State Bar No.: 24042396
Mackie Wolf Zientz & Mann, P.C.
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, Texas 75254
Phone: (214) 635-2650
Facsimile: (214) 635-2686
E-mail: swu@mwzmlaw.com

16-002953-670