**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| **RITA ANN JASSO** | § | |
|     DEBTOR | § | **CASE NO. 16-31818** |

**CERTIFICATE OF DEFAULT**

As the attorney representing RUSHMORE LOAN MANAGEMENT SERVICES, LLC, as mortgage servicer, their successors and assigns (hereinafter CREDITOR), in the above case I hereby certify that:

**I.**

An Order was entered by this Court requiring DEBTOR(s) RITA ANN JASSO to make certain payments to the above CREDITOR.

**II.**

DEBTOR(s) defaulted on that Order by not making payments or showing proof of payment to CREDITOR. A default letter was issued on 01/25/2018 which was not cured. Pursuant to the Order, the Stay has lifted.

**III.**

Per the terms of the Agreed Order, DEBTOR(s) have defaulted and the stay has automatically lifted/terminated.

SIGNED <u>February 6, 2018</u>    Respectfully submitted,

MACKIE WOLF ZIENTZ & MANN, P.C.

*/s/ Jessica L. Holt*
_____
Jessica L. Holt
State Bar No.: 24078680
Mackie Wolf Zientz & Mann, P.C.
5177 Richmond Avenue, Suite 1230
Houston, TX 77056
Telephone: (713) 730-3218
Facsimile: (214) 635-2686
jholt@mwzmlaw.com
ATTORNEY FOR CREDITOR

16-002953-670

## Certificate of Service

      I, Jessica L. Holt, do hereby certify a copy of this notice was served on the persons listed below in the manner indicated on this February 6, 2018.

                      */s/ Jessica L. Holt*
                      _____
                      Jessica L. Holt

<u>Via Pre-Paid U.S. Mail:</u>

RITA ANN JASSO
939 GREEN ROCK DR
DUNCANVILLE, TX 75137
Debtor(s)

Via ECF:
KARLA M. BALLI LEE LAW FIRM
8701 BEDFORD EULESS ROAD
HURST, TX 75225
Attorney for Debtor(s)

Via ECF:
THOMAS POWERS
125 E. JOHN CARPENTER FRWY., SUITE 1100
IRVING, TX 75062-2288
CHAPTER 13 TRUSTEE

Via ECF:
US TRUSTEE
441 G STREET, NW, SUITE 6150
WASHINGTON, DC 20530

16-002953-670